UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re                                    :
                                         :
    ENRON CORP., et al.,                 :  05 Civ. 1919 (BSJ)
                                         :  05 Civ. 2376 (BSJ)
        Debtors.                         :
                                         :  <u>Opinion</u>
                                         :
----------------------------------------x
ENRON POWER MARKETING, INC.,             :  Chapter 11
                                         :  Case No. 01-16034(AJG)
        Plaintiff-Appellee,              :  Jointly Administered
                                         :
    v.                                   :
                                         :
NEVADA POWER COMPANY and                 :  Adversary Proceeding
SIERRA PACIFIC POWER COMPANY,            :  No. 02-02520 (AJG)
                                         :
        Defendants-Appellants.           :
                                         :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The parties have advised the Court that they are engaged in settlement negotiations, and have asked that the above-captioned proceedings be held in abeyance.[1]

The parties are ordered to inform the Court no later than February 3, 2006 of the progress of their negotiations. In the meanwhile, the Clerk of the Court is directed to place the above cases on the suspense docket.

---

[1] This order does not concern the cases docketed 05 Civ. 3479 and 05 Civ. 3480, related bankruptcy appeals which the parties seek to withdraw. A separate order withdrawing the cases will be filed under those docket numbers.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         August 3, 2005